Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Latoria Pride** |
| | Name: First    Middle    Last |
| Debtor 2 | |
| (Spouse, if filing) | Name: First    Middle    Last |
| Case number: | **19-81405** |
| (If known) | |

Check if this is an amended plan ☐
Amends plan dated: _____

# Chapter 13 Plan

## Part 1   Notices

**To Debtor(s):** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances. Plans that do not comply with local rules, administrative orders, and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies. Your failure to check a box that applies renders that provision ineffective.*

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the confirmation hearing, unless otherwise ordered. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is made. See Bankruptcy Rule 3015. In addition, a proper proof of claim must be filed in order to be paid under this plan.

The following matters may be of particular importance to you. Debtor(s) must check each box that applies. Debtor(s)' failure to check a box that applies renders that provision ineffective.

☐ The plan seeks to limit the amount of a secured claim, as set out in Part 3, § 3.2, which may result in a partial payment or no payment at all to the secured creditor.

☐ The plan requests the avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest as set out in Part 3, § 3.4.

☐ The plan sets out nonstandard provision(s) in Part 9.

## Part 2   Plan Payments and Length of Plan

**2.1**   Debtor(s) will make regular payments to the trustee as follows:

**$350** per **Month** for **60** months

*Debtor(s) shall commence payments within thirty (30) days of the petition date.*

**2.2**   Regular payments to the trustee will be made from future income in the following manner *(check all that apply)*:

☑ Debtor(s) will make payments pursuant to a payroll deduction. Debtor(s) request a payroll deduction be issued to:
**Everlina's Sourthern**
☐ Debtor(s) will make payments directly to the trustee.
☐ Other (specify method of payment)

**2.3**   **Income tax refunds and returns.** *Check one.*

| Debtor | Latoria Pride | Case number | 19-81405 | Eff (01/01/2019) |

- [✓] Debtor(s) will retain any income tax refunds received during the plan term.
- [ ] Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee income tax refunds received during the plan term, if any.
- [ ] Debtor(s) will treat income tax refunds as follows: _____
- [ ] Debtor(s) believe they are not required to file income tax returns and do not expect to receive tax refunds during the plan term.

**2.4 Additional Payment** *Check all that apply.*
- [✓] **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**2.5 Adequate Protection Payments**

Any adequate protection payments shall be made as part of this plan; see Part 3 or Part 9 for details. The secured creditor must file a proof of claim in order to receive payment. Unless otherwise ordered, adequate protection payments through the trustee shall be made as funds are available after the proof of claim is properly filed.

## Part 3 Treatment of Secured Claims

**3.1 Maintenance of payments and cure of defaults, if any, on long-term secured debts.** *Check one.*
- [✓] **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.2 Request for valuation of security, claim modification, and hearing on valuation.** *Check one.*
- [✓] **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

**3.3 Secured claims excluded from 11 U.S.C. § 506 and fully secured claims.** *Check one.*
- [ ] **None.** *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*
- [✓] The claims listed below:
  1. were incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of Debtor(s), or
  2. were incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value, or
  3. are fully secured.

These claims will be paid in full under the plan with interest at the rate stated below. These payments will be disbursed by the trustee as specified below. Unless otherwise ordered, the status and amount stated on a proof of claim or amended proof of claim controls over any contrary amount listed below as to the estimated amount of the creditor's total claim, but the interest rate is controlled by the plan.

The holder of any claim listed below will retain the lien until the earlier of:

(a) payment of the underlying debt determined under nonbankruptcy law, or

(b) discharge under 11 U.S.C. § 1328(a), at which time the lien will terminate and be released by the creditor.

| Name of Creditor | Monthly Adequate Protection Payment | Estimated Amount of Creditor's Total Claim | Collateral | Value of Collateral | Interest Rate | Monthly Fixed Payment to Creditor | Monthly Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|
| Farmers Furniture | $25.00 | $2,515.00 | Furniture | $2,515.00 | 5.25% | $63.00 | |
| GKM Auto Sales | $81.00 | $10,000.00 | 2011 GMC Yukon | $8,150.00 | 5.25% | $249.00 | |

**3.4 Section 522(f) judicial lien and nonpossessory, nonpurchase-money ("Non-PPM") security interest avoidance.** *Check all that apply.*
- [✓] **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5 Surrender of collateral.** *Check one.*

Case 19-81405-CRJ13    Doc 16    Filed 05/20/19    Entered 05/20/19 16:30:23    Desc Main
Document    Page 2 of 7

☑ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

## Part 4: Treatment of Fees and Priority Claims

**4.1  General**

Trustee's fees will be paid in full. Except as set forth in § 4.5, allowed priority claims also will be paid in full, without interest.

**4.2  Chapter 13 case filing fee.** *Check one.*

☑ Debtor(s) intend to pay the Chapter 13 case filing fee through the plan.
☐ Debtor(s) intend to pay the Chapter 13 case filing fee directly to the Clerk of Court.

**4.3  Attorney's fees.**

The total fee requested by Debtor(s)' attorney is **$3,500.00**. The amount of the attorney fee paid prepetition is **$19.00**. The balance of the fee owed to Debtor(s)' attorney is **$3,481.00**, payable as follows (*check one*):

☐ $ at confirmation and $ per month thereafter until paid in full, or
☑ in accordance with any applicable administrative order regarding fees entered in the division where the case is pending.

**4.4  Priority claims other than attorney's fees and domestic support obligations.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

**4.5  Domestic support obligations.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

## Part 5: Treatment of Nonpriority Unsecured Claims

**5.1  Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata.

**5.2  Percentage, Base, or Pot Plan.** *Check one.*

☐ 100% Repayment Plan. This plan proposes to pay 100% of each allowed nonpriority unsecured claim.
☐ Percentage Plan. This plan proposes to pay ____% of each allowed nonpriority unsecured claim.
☐ Pot Plan. This plan proposes to pay $____, distributed pro rata to holders of allowed nonpriority unsecured claims.
☑ Base Plan. This plan proposes to pay $ **21,000.00** to the trustee (plus any tax refunds, lawsuit proceeds, or additional payments pursuant to §§ 2.3 and 2.4). Holders of allowed nonpriority unsecured claims will receive the funds remaining, if any, after disbursements have been made to all other creditors provided for in this plan

**5.3  Interest on allowed nonpriority unsecured claims not separately classified.** *Check one.*
☑ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

**5.4  Maintenance of payments and cure of any default on long-term nonpriority unsecured claims.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 5.4 need not be completed or reproduced.*

**5.5  Other separately classified nonpriority unsecured claims.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 5.5 need not be completed or reproduced.*

## Part 6: Executory Contracts and Unexpired Leases

**6.1  The executory contracts and unexpired leases listed below are assumed, will be treated as specified, and any defaults cured.** *Check one.*

| Debtor | Latoria Pride | Case number | 19-81405 | Eff (01/01/2019) |

☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

6.2 **The executory contracts and unexpired leases listed below are rejected:** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 6.2 need not be completed or reproduced.*

## Part 7 Sequence of Payments

7.1 Unless otherwise ordered, the trustee will make the monthly payments required in Parts 3 through 6 in the sequence of payments set forth in the administrative order for the division in which this case is pending.

## Part 8 Vesting of Property of the Estate

8.1 Property of the estate will vest in Debtor(s) *(check one)*:

☑ Upon plan confirmation.

☐ Upon entry of Discharge

## Part 9 Nonstandard Plan Provisions

☑ **None.** *If "None" is checked, the rest of Part 9 need not be completed or reproduced.*

## Part 10 Signatures:

**Signature(s) of Debtor(s) required.**

Signature(s) of Debtor(s) *(required)*:

X  **/s/ Latoria Pride**  Date **May 20, 2019**
   Latoria Pride

X  _____  Date

Signature of Attorney for Debtor(s):
X  **/s/ John C. Larsen**  Date **May 20, 2019**
   John C. Larsen
   1733 Winchester Road
   Huntsville, AL 35811
   256-859-3008

Name/Address/Telephone/Attorney for Debtor(s):

By filing this document, Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) certif(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in this district's Local Form, other than any nonstandard provisions included in Part 9.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re: Latoria Pride )
      SSN: XXX-XX-3758 )    Case No. 19-81405-CRJ-13
)
)    Chapter 13
)
Debtor(s). )
)

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Chapter 13 Plan has been served upon all creditors listed on the matrix electronically or by depositing copies for the creditors listed below in the United States Mail, properly addressed and postage prepaid, on this the 20th day of May, 2019.

A copy was served electronically on Michele Hatcher, Chapter 13 Trustee, on this the 20th day of May, 2019.

                                    /s/ John C. Larsen

```
Label Matrix for local noticing            PRA Receivables Management, LLC           U. S. Bankruptcy Court
1126-8                                     PO Box 41021                              400 Well Street
Case 19-81405-CRJ13                        Norfolk, VA 23541-1021                    P. O. Box 2775
NORTHERN DISTRICT OF ALABAMA                                                         Decatur, AL 35602-2775
Decatur
Mon May 20 16:22:49 CDT 2019

AES/Educational Loans                      AFS/AmeriFinancial Solutions, LLC.        Arlington Park Apartments
Attn: Bankruptcy                           Po Box 65018                              135 Royal Drive
Po Box 61047                               Baltimore, MD 21264-5018                  Madison, AL 35758-2345
Harrisburg, PA 17106-1047


Capital One                                Cash Express, LLC                         Dept of Ed / Navient
Attn: Bankruptcy                           345 South Jefferson Avenue, Suite 300     Attn: Claims Dept
Po Box 30285                               Cookeville, TN 38501-3456                 Po Box 9635
Salt Lake City, UT 84130-0285                                                        Wilkes Barr, PA 18773-9635


Deville Asset Management, LTD              (p)FARMERS FURNITURE                      Farmers Home Furniture-Huntsville,AL
c/o Aldridge Pita Hann                     ATTN CORPORATE CREDIT DEPT                Attn: Corporate Credit Department
PO Box 52815                               PO BOX 1140                               P.O. Box 1140
Atlanta, GA 30355-0815                     DUBLIN GA 31040-1140                      Dublin, GA 31040-1140


Fox Collection Center                      Franklin Collection Service, Inc.         GKM Auto Sales
Attn: Bankruptcy                           Attn: Bankruptcy                          8048 US-431
Po Box 528                                 Po Box 3910                               Albertville, AL 35950
Goodlettsvile, TN 37070-0528               Tupelo, MS 38803-3910


Huntsville Emergency Physicians Group      James A Nadler                            Kohls/Capital One
c/o Franklin Collection Service            2871 Action Road, Suite 101-A             Attn: Bankruptcy
PO Box 3910                                Birmingham, AL 35243-2560                 Po Box 30285
Tupelo, MS 38803-3910                                                                Salt Lake City, UT 84130-0285


Magnolia Fin                               Merrick Bank/CardWorks                    Navient
2910 Pikes Avenue                          Attn: Bankruptcy                          Attn: Bankruptcy
Huntsville, AL 35810-3845                  Po Box 9201                               Po Box 9640
                                           Old Bethpage, NY 11804-9001               Wilkes-Barre, PA 18773-9640


(p)PROG LEASING LLC                        Redstone Fcu                              Redstone Fcu
256 WEST DATA DRIVE                        220 Wynn Dr Nw                            Attn: Bankruptcy Dept
DRAPER UT 84020-2315                       Huntsville, AL 35893-0001                 220 Wynn Drive
                                                                                     Huntsville, AL 35893-0001


Regions Bank                               Sarah Leopold Taggart                     Sun Loan Company
PO Box 11407, Drawer 550                   PO Box 18862                              1407 Memorial Pkwy
Birmingham, AL 35246-0100                  Huntsville, AL 35804-8862                 Huntsville, AL 35801-5935


Telerecovery                               John C. Larsen                            Latoria Pride
Attn: Bankruptcy                           Larsen Law, P.C.                          127 Belle Haven Drive
3800 Florida Ave., Ste 100                 1733 Winchester Rd                        Owens Cross Roads, AL 35763-7803
Kenner, LA 70065-3034                      Huntsville, AL 35811-9190
```

Michele T. Hatcher
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602-2388

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Farmers Furniture
Attn: Bankruptcy Department
Po Box 1140
Dublin, GA 31040

Progressive Leasing
10619 S Jordan Gateway
Suite 100
South Jordan, UT 84095

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients   30
Bypassed recipients    1
Total                 31